LINK: JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-03262-GAF (VBKx) | Date | February 16, 2010 |
|---|---|---|---|
| Title | Tim Seo v. New Century Mortgage Corporation et al | | |

| Present: The Honorable | GARY ALLEN FEESS, United States District Judge | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:**     **(In Chambers)**

Plaintiff filed a Complaint with this Court on May 8, 2009.

On January 6, 2010, the Court issued an Order to Show Cause RE: Lack of Prosecution in light of the Plaintiff's apparent failure to file a proof of service and/or request entry of default.  The Order specifically warned Plaintiff that the Court could dismiss this action 120 days after the filing of the Complaint as dictated by F.R.C.P. 4(m) if good cause was not shown for any extension of time.  Plaintiff was to respond to the Court's Order to Show Cause no later than January 26, 2010.  To date, however, no proof of service, request for entry of default or response to the Court's Order has been filed with this Court.

Accordingly, the Court hereby dismisses the action without prejudice for lack of prosecution and for failure to respond to the Court's Order to Show Cause.

IT IS SO ORDERED.

_____ : _____

| | Initials of Preparer | rf |
|---|---|---|